**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Alsenio Samboy**
                              **Petitioner**

                                                    **CIVIL ACTION**

              **V.**
                                                    **NO.   07-40133**

**United States of America**
                              **Respondent**


**JUDGMENT**


**Gorton,     D. J.**


        In accordance with the Court's Memorandum and Order dated   **8/3/10**

_____ **denying motion to vacate**  in the above-entitled  action, it is hereby

**ORDERED:**

                      **Judgment for the   Respondent**


                                          **By the Court,**


  **8/6/10**                                        **/s/Craig J. Nicewicz**
        **Date**                              **Deputy Clerk**


(Judgment for SJ.wpd - 12/98)